

# NUMBER 13-11-00407-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SAVANNAH ROBINSON,** **Appellant,**

**v.**

**JOSE R. CARRERAS, M.D.,** **Appellee.**

---

### On appeal from the County Court at Law No. 6
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Savannah Robinson, attempts to appeal a judgment entered on May 25, 2011. On July 7, 2011, the Clerk of this Court notified appellant that the notice of appeal bears the incorrect cause number, 07-2834-F, and that the correct cause number is CL-07-2834-F. Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if proper notice of appeal was

not filed in the trial court within ten days from the date of receipt of this Court's letter, the matter would be referred to the trial court for further action.   On September 20, 2011, this Court notified appellant that the Court had not received a response to the July 7, 2011, letter.   Appellant was advised that the notice of appeal bears the incorrect cause number and that failure to cure the defect within ten days would result in the appeal being dismissed.   No response has been received from appellant.

Appellant has failed to amend the notice of appeal within the time prescribed by this Court.   *See* Tex. R. App. P. 25.1(f), 37.1.   Additionally, appellant has failed to comply with a requirement of the Texas Rules of Appellate Procedure and a notice from the Clerk of the Court.   *See id.* 42.3(c).   The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction.   Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.   *See id.* 42.3(a), (c).

PER CURIAM

Delivered and filed the 3rd
day of November, 2011.

2